# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASCENDA BIOSCIENCES, LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>PERRY LITTLE,<br><br>    Defendant. | Case No. |

## DEFENDANT'S NOTICE OF REMOVAL
## TO THE UNITED STATES DISTRICT COURT

PLEASE TAKE NOTICE that Defendant Perry Little ("Defendant") hereby removes this matter to the United States District Court for the District of Delaware and respectfully shows to this honorable Court the following facts:

1. The above-referenced action was commenced in the Court of Chancery of the State of Delaware on January 17, 2020 as Civil Action No. 2020-0035-KSJM and is now pending therein.

2. This notice of removal to this United States District Court is filed within thirty (30) days of Defendant's counsel's acceptance of service, in accordance with the provisions of 28 U.S.C. §§ 1441 and 1446.

3. Plaintiff Ascenda had been aware that Defendant was represented by Matthews & Greene, since October 11, 2019. Plaintiff has not formally served the Complaint on Defendant. Plaintiff has not contacted Matthews & Greene for the purpose of that firm accepting service on Defendant's behalf. Matthew & Greene communicated with Plaintiff's counsel on February 6, 2020, agreed to accept service and requested an electronic copy of the documents filed in the state court action. Defendant's counsel obtained said documents on February 18, 2020.

4. This action is brought by Plaintiff Ascenda Biosciences, LLC, a Delaware Limited Liability Corporation organized under the laws of the State of Delaware (¶2 of Plaintiff's Complaint).

5. Defendant Perry Little resides in Cumming, Georgia (¶3 of Plaintiff's Complaint) and is a citizen of the State of Georgia.

6. Plaintiff does not reference a specific monetary claim for relief in its Complaint but does allege that its misappropriated trade secrets have a value in the millions of dollars (¶43 of Plaintiff's Complaint).

7. Therefore, this is an action filed between parties which are citizens of different states and the amount in controversy exceeds $75,000 in value. Therefore, this cause of action should be removed to federal court under 29 U.S.C. § 1441 and is an action where the court has original jurisdiction pursuant to 28 U.S.C. § 1332.

8. Attached hereto as **Exhibit 1** and made a part hereof by reference is a true copy of the Complaint and Exhibits filed by Plaintiff.

WHEREFORE, Defendant prays that the Delaware Court of Chancery proceed no further with Civil Action No. 2020-0035-KSJM, and that said action be removed from said court to the United States District Court for the District of Delaware.  Defendant shall file appropriate notice in Civil Action No. 2020-0035-KSJM.

|  |  |
|---|---|
|  | Respectfully, |
| Dated:  February 25, 2020 | By:  /s/ Daniel C. Herr<br>Daniel C. Herr, Bar No. 5497<br>Law Office of Daniel C. Herr, LLC<br>1225 N. King Street, Suite 1000<br>Wilmington, DE 19801<br>dherr@dherrlaw.com<br>Phone: (302) 483-7060 |
|  | - and - |
|  | Steven S. Greene, Ga. Bar No. 308715<br>MATTHEWS & GREENE, LLC<br>3180 North Point Parkway<br>Suite 105<br>Alpharetta, GA 30005<br>sgreene@matthewsgreene.com<br>Phone: (770) 206-3371<br>Fax: (770)206-3381<br>*To be admitted pro hac vice |
|  | *Attorneys for Defendants* |

## **CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that that the foregoing document has been served upon the Plaintiff through its counsel identified below, by way of electronic mail:

Scott G. Wilcox
Moore and Rutt, P.A.
The Mill
1007 North Orange street, Suite 446
Wilmington, DE 19801
swilcox@mooreandrutt.com

Dated:  February 25, 2020         By: */s/ Daniel C. Herr*
                                                  Daniel C. Herr, Bar No. 5497
                                                Law Office of Daniel C. Herr, LLC
                                                1225 N. King Street, Suite 1000
                                                Wilmington, DE 19801
                                                dherr@dherrlaw.com
                                                Phone: (302) 483-7060